**IN THE SUPERIOR COURT OF GUAM**

FILED
SUPERIOR COURT
OF GUAM

2014 JUL -3 PM 5:01

CLERK OF COURT

| | |
|---|---|
| LEAH MONTEALEGRE, ) | CHILD SUPPORT CASE NO. CS0376-11 |
| Plaintiff, ) | |
| vs. ) | **DECISION AND ORDER** |
| MARIANO CASTANEDA, ) | |
| Defendant. ) | |

This matter was referred to this Court on June 5, 2014, pursuant to Rule 7.1 of the Rules for Expedited Process for the Superior Court of Guam ("Rules"), for review of matters specifically objected to by Defendant Mariano Castaneda in a written objection filed August 8, 2013. Defendant objects to the ruling by the Child Support Referee made in the *Findings and Order* issued and filed on July 25, 2013, wherein the Referee denied Defendant's request for deviation from the Guam Child Support Guidelines.

Preliminarily, this Court notes Defendant filed his written objection fourteen (14) days after the Referee filed her ruling, which Defendant did in contravention of Rule 7.1(2) of the Rules that states that objections "shall be filed within 10 days" of the Referee's ruling. This alone is sufficient to dismiss Defendant's written objection. However, this Court fully reviewed the written objection, the Referee's *Findings and Order*, and the entire court record, in order to make a determination on the merits despite Defendant's untimely filing. As a result, this Court finds no valid basis within law or equity to disturb the findings, analysis, and ruling of the Child Support Referee. Accordingly, this Court adopts the recommended order issued by the Referee for purposes of this Court's review thereof, and this Court hereby overrules the written objection of Defendant.

**SO ORDERED** this 3rd day of June, 2014.

**HON. JAMES L. CANTO II**
**Judge, Superior Court of Guam**

SERVICE VIA COURT BOX
I acknowledge that a copy of the original hereto was placed in the court box of:
AG, Child Supp.
D. Somerfleck
Date: 7/7/14 Time: 9:30 AM

Deputy Clerk, Superior Court of Guam